■ DAVID U. ROBINSON et al., Appellants, v NATIONAL VACUUM CORP., Defendant. BROADSPIRE SERVICES, INC., Respondent.

(Appeal No. 3.) [907 NYS2d 902]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered October 8, 2009. The order denied the motion of plaintiffs to sever workers' compensation claims from their personal injury action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.